

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00528-CV

Maria Patricia **FACUNDO**,
Appellant

v.

Abraham **VILLEZCAS** and Lety Villezcas,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016CV7001941D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are assessed against appellant.

SIGNED August 1, 2018.

_____
Luz Elena D. Chapa, Justice